**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DEBORAH MCINTOSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:17-cv-00797-SCJ |
| EWS ASSOCIATES, LLC d/b/a | ) | |
| REGENCY HOME CARE of | ) | |
| NORTH ATLANTA a Domestic | ) | Jury Trial Demanded |
| Limited Liability Company and | ) | |
| ERICH W. SCHUETZ, and | ) | |
| individual, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**ORDER APPROVING SETTLEMENT AND DISMISSING CASE**</u>

THIS MATTER is before the Court upon the Parties' Joint Motion to Approve

Settlement Agreement. The Court having reviewed the Motion and being fully advised

in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      The Joint Motion to Approve Settlement Agreement is **GRANTED**.

2.      The Court finds that the agreed-upon terms and conditions of settlement of this

litigation arising under the Fair Labor Standards Act, as set forth in the Settlement

Agreement, are fair and reasonable under the circumstances, and the Settlement

Agreement is hereby **APPROVED**.

3.      This action is hereby **DISMISSED** with prejudice, with costs and fees to be

paid pursuant to the terms of the Settlement Agreement.

4.      The Court shall retain jurisdiction over the action to enforce the terms of the

Settlement Agreement.

        **DONE AND ORDERED** in Chambers at Atlanta, Georgia, this  22nd day of

 June         , 2017.


                                          s/Steve C. Jones
                                          _____
                                          The Honorable Steve C. Jones
                                          U.S. District Judge
                                          Northern District of Georgia
                                          Atlanta Division